United States Bankruptcy Court

Central District of California

In re:  Case No. 25-11447-VK

Taxanxiety.com, Inc.  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1      User: admin      Page 1 of 2

Date Rcvd: Aug 08, 2025      Form ID: 309C      Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Taxanxiety.com, Inc., 18741 Knapp St, Northridge, CA 91324-3028 |
| 42612167 | + | EPS Financial, 1 South Third St, 5th Fl, Easton, PA 18042-4578 |
| 42612168 | + | Ishaan Dalal, 120 Pierpont Dr, Oroville, CA 95966-6813 |
| 42612169 | + | Lourdes Rodriguez, 18741 Knapp St, Northridge, CA 91324-3028 |
| 42612170 | + | PNC Merchant Services, 500 First Ave, Mailstop P7-PFSC-01-S, Pittsburgh, PA 15219-3128 |
| 42612171 | + | PNC Merchant Services, 300 Fifth Ave, Pittsburgh, PA 15222-2401 |
| 42612172 | + | Rick Cordell, 18741 Knapp St, Northridge, CA 91324-3028 |
| 42612173 | + | State of California, Dept of Industrial Relations, Labor Commissioner's Office, 250 Hemsted Dr, 2nd Fl, Ste A, Redding, CA 96002-0941 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bankruptcylawpros@gmail.com | Aug 09 2025 00:52:00 | Brian J Soo-Hoo, Law Offices of Brian J. Soo-Hoo, APC, 1905 N Main Street, Santa Ana, CA 92706 |
| tr | + | Email/Text: sandra.mcbeth@txitrustee.com | Aug 09 2025 00:52:00 | Sandra McBeth (TR), 7343 El Camino Real, #185, Atascadero, CA 93422-4697 |
| smg | | EDI: EDD.COM | Aug 09 2025 04:42:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P. O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Aug 09 2025 04:42:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P. O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Aug 09 2025 00:52:00 | Los Angeles City Clerk, P. O. Box 53200, Los Angeles, CA 90053-0200 |
| 42612166 | | Email/Text: bankruptcies@arsigroup.com | Aug 09 2025 00:53:00 | American Recovery Service Inc, 555 St Charles Drive Ste 100, Thousand Oaks, CA 91360 |
| 42612165 | + | Email/PDF: bncnotices@becket-lee.com | Aug 09 2025 01:03:53 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0973-1 | User: admin | Page 2 of 2
Date Rcvd: Aug 08, 2025 | Form ID: 309C | Total Noticed: 15

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2025    Signature:    /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Taxanxiety.com, Inc. <br> Name | EIN: | 95–4812015 |
| United States Bankruptcy Court | Central District of California | Date case filed for chapter: | 7    8/8/25 |
| Case number: | 1:25-bk-11447-VK | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      05/24

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | Debtor's full name | Taxanxiety.com, Inc. | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 18741 Knapp St <br> Northridge, CA 91324 | |
| 4. | Debtor's attorney <br> Name and address | Brian J Soo-Hoo <br> Law Offices of Brian J. Soo-Hoo, APC <br> 1905 N Main Street <br> Santa Ana, CA 92706 | Contact phone 714-589-2252 <br><br> Email: bankruptcylawpros@gmail.com |
| 5. | Bankruptcy trustee <br> Name and address | Sandra McBeth (TR) <br> 7343 El Camino Real, #185 <br> Atascadero, CA 93422 | Contact phone (805) 464-2985 <br><br> Email: jwalker@mcbethlegal.com |
| 6. | Bankruptcy clerk's office <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 21041 Burbank Blvd, <br> Woodland Hills, CA 91367-6603 | Hours open: <br> 9:00AM to 4:00 PM <br><br> Contact phone 855-460-9641 <br><br> Dated: 8/8/25 |
| 7. | Meeting of creditors <br> The debtor's representative must attend the meeting to be questioned under oath by the trustee and by creditors. Creditors may attend, but are not required to do so. | **September 3, 2025 at 02:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location: <br><br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 902 575 1887, and Passcode 1216388636, OR call 1 804 552 2201** <br><br> For additional meeting information go to https://www.justice.gov/ust/moc. |
| 8. | Proof of claim <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

3/

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page 1

Debtor **Taxanxiety.com, Inc.**            Case number **1:25–bk–11447–VK**

| | | |
|---|---|---|
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. |
| 11. | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

**For more information, see page 1 >**