Sandra K. McBeth, TRUSTEE
7343 El Camino Real # 185
Atascadero, CA  93422
(805) 464-2985
smcbeth@mcbethlegal.com

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN (SANTA BARBARA) DIVISION**

| | |
|---|---|
| In Re: | Case No: 1:25-BK-11447-VK |
| TAXANXIETYCOM INC | Chapter 7 |
| Debtor(s) | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR[11 USC 341(A)] |

COUNSEL: BRIAN J SOO-HOO

**TO THE ABOVE NAMED DEBTOR(S) AND TO COUNSEL OF RECORD, IF ANY:**

   PLEASE TAKE NOTICE that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **11/12/25 at 4:00PM**.

**Document review.  No appearance necessary.**

Dated:    10/09/2025                                 /s/ Sandra K. McBeth, Chapter 7 Trustee
                                                                          Sandra K. McBeth, TRUSTEE

On October 09, 2025, I served the foregoing document described as Notice of Continued Meetings on the interested parties in this action at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail or served by the court via NEF to parties in this action that are on the Electronic Mail Notice List to receive NEF transmission. Debtor(s) was/were served at the address as follows:

TAXANXIETYCOM INC
18741 KNAPP ST
NORTHRIDGE, CA  91324

Dated:    10/09/2025                                 /s/ Donna Earnest
                                                                          Donna Earnest, Trustee Administrator