Sandra K. McBeth, TRUSTEE
7343 El Camino Real # 185
Atascadero, CA  93422
(805) 464-2985
smcbeth@mcbethlegal.com

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN (SANTA BARBARA) DIVISION

| In Re: | Case No: 1:25-BK-11447-VK |
|---|---|
| TAXANXIETYCOM INC | Chapter 7 |
| Debtor(s) | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR[11 USC 341(A)] |

COUNSEL: BRIAN J SOO-HOO

**TO THE ABOVE NAMED DEBTOR(S) AND TO COUNSEL OF RECORD, IF ANY:**

　　PLEASE TAKE NOTICE that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **01/21/26 at 2:30PM**.

<u>Additional questions.</u>  **ALL APPEARANCES ARE MANDATORY UNLESS EXCUSED BY THIS OFFICE PRIOR TO THE HEARING.**

All Debtors, Counsel and interested parties shall participate in this continued hearing on the date and time as set forth above.
**ZOOM Meeting ID: 902 575 1887 Passcode: 1216388636** Phone: 1 804 552 2201
https://us02web.zoom.us/j/9025751887?pwd=Ny9NclNSVjhqVmNDd3gyUmhoOGVKdz09

The following are guidelines for participation in this ZOOM hearing:

1. Please connect to ZOOM with video. Make sure that there is minimal background noise;
2. Once you have connected to ZOOM, please mute yourself until your matter is called;
3. When your case is called, please unmute yourself, turn on your Video, and identify yourself. Make sure to speak in a loud, clear voice;
4. When your hearing is over, please disconnect from ZOOM.

Dated:    12/18/2025　　　　　　　　　　　　　　　　/s/ Sandra K. McBeth, Chapter 7 Trustee
　　　　　　　　　　　　　　　　　　　　　　　　　　Sandra K. McBeth, TRUSTEE

On December 18, 2025, I served the foregoing document described as Notice of Continued Meetings on the interested parties in this action at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail or served by the court via NEF to parties in this action that are on the Electronic Mail Notice List to receive NEF transmission. Debtor(s) was/were served at the address as follows:

TAXANXIETYCOM INC
18741 KNAPP ST
NORTHRIDGE, CA  91324

Dated:    12/18/2025　　　　　　　　　　　　　　　　/s/ Donna Earnest
　　　　　　　　　　　　　　　　　　　　　　　　　　Donna Earnest, Trustee Administrator